GREGORY A. ASHE (VA Bar No. 39131)
JOSEPH ALPERT (DC Bar No. 90030718)
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: (202) 326-2838 (Alpert)
Email: gashe@ftc.gov, jalpert@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

KRISTIN K. MAYES
ATTORNEY GENERAL
Firm State Bar No. 14000
ALYSE MEISLIK (AZ Bar No. 024052)
HEATHER HAMEL (AZ Bar No. 031734)
MITCHELL ALLEE (AZ Bar No. 031815)
Assistant Attorneys General
Office of the Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Telephone: 602-542-3725
Facsimile: 602-542-4377
Email: Alyse.Meislik@azag.gov, consumer@azag.gov

*Attorneys for Plaintiff State of Arizona*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Coulter Motor Company, LLC, *et al.*,<br><br>Defendants. | Case No. CV-24-02086-PHX-ROS<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR CONTEMPT** |

Come now Plaintiffs the Federal Trade Commission and the State of Arizona, *ex rel.* Kristin K. Mayes, Attorney General, by and through their undersigned counsel, and

1

hereby voluntarily withdraw their motion to hold Defendants in civil contempt (ECF No. 7) ("Contempt Motion").

As stated in the stipulated motion to extend the time for Defendants to respond to the Contempt Motion (ECF No. 8), the parties had agreed to a production schedule for Defendants to provide the information that was the subject of the Contempt Motion and, if so provided, Plaintiffs would withdraw the Contempt Motion. Defendants have, in fact, now produced to Plaintiffs the requested information relating to consumer redress and, in so doing, have cured their contempt.

Accordingly, Plaintiffs voluntarily withdraw the Contempt Motion.

Dated: February 20, 2025

Respectfully submitted,

FEDERAL TRADE COMMISSION

 /s/ Gregory A. Ashe
Gregory A. Ashe
Joseph Alpert
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue NW
Washington, D.C. 20580
Telephone: (202) 326-3719 (Ashe)
Telephone: (202) 326-2838 (Alpert)
Email: gashe@ftc.gov, jalpert@ftc.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

KRISTIN K. MAYES
Attorney General

 /s/ Alyse Meislik (with permission )
Alyse Meislik
Heather Hamel
Mitchell Allee
Assistant Attorneys General
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 North Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Email: Consumer@azag.gov

*Attorneys for Plaintiff*
*STATE OF ARIZONA*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2025, a true and correct copy of **PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR CONTEMPT** was filed electronically with the United States District Court for the District of Arizona using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system.

                        */s/ Gregory Ashe*
                        Attorney for the Federal Trade Commission