UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Federal Trade Commission, *et al.*,

    Plaintiffs,

    v.

Coulter Motor Company, LLC, *et al.*,

    Defendants.

Case No. CV-24-02086-PHX-ROS

**[proposed] ORDER AMENDING STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, CIVIL PENALTY JUDGMENT, AND OTHER RELIEF**

This cause is before the Court on Defendants' Unopposed Motion to Amend Stipulated Order for Permanent Injunction, the Court having considered the pleadings and other filings and being fully advised in the premises finds good cause exists to grant the motion. Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion, which seeks amendment of the Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief adopted by this Court on September 19, 2024 (the "Order"), is GRANTED.

2. Section II.A of the Order shall hereby be stricken from the Order, and the provision shall have no further force or effect and shall be deemed unenforceable as of entry of this order.

3. All other provisions of the Order shall remain in full force and effect absent additional order from this Court.

DATED this _____ day of _____, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge

1