# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, *et al*. | No. CV-24-02086-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Coulter Motor Company, LLC, *et al.* | |
| Defendant. | |

Before the Court is Defendants' Unopposed Motion to Amend Stipulated Order for Permanent Injunction (Doc. 11). Having considered the filings and good cause showing,

**IT IS ORDERED** Defendants' Unopposed Motion to Amend Stipulated Order for Permanent Injunction (Doc. 11) is **GRANTED.**

**IT IS FURTHER ORDERED** Section II.A of the Stipulated Order for Permanent Injunction, Monetary Judgment, Civil Penalty Judgement, and Other Relief (Doc. 4, the "Order") shall hereby be stricken from the Order, and the provision shall have no further force or effect and shall be deemed unenforceable as of entry of this order. All other provisions of the Order shall remain in full force and effect absent additional order from this court.

Dated this 8th day of August, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge